```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  Lexi Negin, Bar #250376
    Assistant Federal Defender
 3  801 I Street, 3rd. Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    STEPHEN CRAIG SAEGER
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-11-501 WBS |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | ) | |
| STEPHEN CRAIG SAEGER, | ) | Date: June 24, 2013 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, STEPHEN CRAIG SAEGER, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Monday, May 6, 2013, be continued to Monday, June 24, 2013, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to continue examining the possible defenses and investigating the facts of the case, and for further meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, May 3, 2013, through and including the date of the new status conference hearing, June 24, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

/ / /

/ / /

counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 2, 2013

Respectfully submitted,

BENJAMIN B. WAGNER  
United States Attorney

JOSEPH SCHLESINGER  
Acting Federal Defender

By:

*/s/ Lexi Negin for*  
JASON HITT  
Assistant U.S. Attorney  
Attorney for United States

*/s/ Lexi Negin*  
LEXI NEGIN  
Assistant Federal Defender  
Attorney for Defendant  
STEPHEN CRAIG SAEGER

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 3, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, May 6, 2013, be vacated and that the case be set for **Monday, June 24, 2013, at 9:30 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 3, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, May 3, 2013, through and including June 24, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 3, 2013

WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE